**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JENNY HWANG on behalf of herself
and all others similarly situated,                    Case No.  1:22-cv-7630

                  Plaintiffs,

              -against-                    **NOTICE OF VOLUNTARY**
                                        **DISMISSAL**
M.D.C. DIAMONDS INTERNATIONAL, INC.    **WITH PREJUDICE**

                  Defendant.


**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and

hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or

disbursements, or attorneys' fees to any party.


      Dated:     Forest Hills, New York
                 May 10, 2023


                                 Respectfully Submitted,

                               **/s/ Mars Khaimov**


                  By:    Mars Khaimov, Esq.
                          108-26 64th avenue, Second Floor
                          Forest Hills, New York 11375
                          Tel (929) 324-0717
                          Fax (929) 333-7774
                          Email: mars@khaimovlaw.com
                          *Attorney for Plaintiff*